An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY ALLEN HATFIELD,
          Appellant,
          vs.
THE STATE OF NEVADA,
          Respondent.

No. 67205

**FILED**

FEB 20 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for appointment of counsel and a motion to set aside judgment for fraud upon the court pursuant to NRCP 60(b). Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Our review of this appeal reveals a jurisdictional defect. No statute or court rule provides for an appeal from the aforementioned order. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Robert W. Lane, District Judge
    Gregory Allen Hatfield
    Attorney General/Carson City
    Nye County District Attorney
    Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-05594